## Isaac Fewlass v. O. B. Abbott.

*Names : Initials : Presumptions.* A suit brought and judgment rendered in the name of the plaintiff by initials only for his given name, is not open to objection on that ground, in the absence of any showing that he had any other name; it will not be presumed for the sake of invalidating such judgment that the plaintiff has any other Christian name than the initials used in bringing the suit.

*Principal : Surety : Errors that do not prejudice.* The discharge of a surety upon *certiorari* from the circuit to a justice's court, whether erroneous or not, is not open to objection by the principal; it is a matter that does not concern him.

*Heard and decided October 29.*

Error to Lenawee Circuit.

Defendant in error brought suit in the name of O. B. Abbott, against plaintiff in error, before a justice of the peace, upon a promissory note made by Fewlass, payable to

O. B. Abbott or bearer.   Objection was taken by the defendant that the plaintiff was not named, or properly named, in the process and proceedings, but was overruled, and judgment rendered for plaintiff.  The defendant carried the cause by *certiorari* to the circuit, where the judgment of the justice was affirmed, and judgment rendered against the defendant and his surety.   Subsequently, on plaintiff's motion, the judgment was amended so as to release the surety and to hold the defendant alone.   To this the defendant excepted.   The defendant brought error raising the question of the validity of this amendment, and also the same question mooted by his objection taken before the justice.

*George L. Bachman*, for plaintiff in error.

*C. E. Weaver* and *A. L. Millard*, for defendant in error, were stopped by the court.

THE COURT held that the objection to the name in which the suit was brought by the plaintiff is not well taken; that it will not be presumed for the purpose of invalidating the judgment in his favor, and in the absence of any showing upon the subject, that the plaintiff has any other name than the one used; and that the release of the surety, whether erroneous or not, could in no wise prejudice the defendant or affect his liability as principal, and he will not, therefore, be heard to complain of it.

Judgment affirmed, with costs.